**UNITED STATES DISTRICT COURT**
SOUTHERN DISTRICT OF FLORIDA

**Clarence Maddox**　　　　　　　　　　　　　　　　　　　　　　　　　　　　　301 North Miami Avenue
Court Administrator • Clerk of Court　　　　　　　　　　　　　　　　　　Miami, Florida 33128-7788
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　(305) 523-5100

December 7, 2006

Paul M. Weiss, Esq.
Jonathan B. Piper, Esq.
William M. Sweetnam, Esq.
Eric C. Brunick, Esq.
Freed & Weiss LLC
111 W Washington Street, Suite 1331
Chicago, IL  60602

Dear Counsel:

　　　As you know, your names appear on the service list of a document filed with this Court in Case #06-61815-CIV-Cohn.  Our records, however, indicate that you are not members of the Southern District of Florida Bar.  Pursuant to Local Rule 4(B) of the *Special Rules Governing the Admission and Practice of Attorneys*, only members of the Bar of this District may appear as attorneys in this Court except when *pro hac vice* appearance is permitted by the Court.  If you believe our records to be incorrect, please file any documentation you have which would help me in correcting this matter.

　　　In order to file documents and appear in this Court  *pro hac vice*, you are required to complete a written motion requesting permission to appear and participate in a particular case.  The Rule requires that the motion designate a member of the Bar of this Court who maintains an office in this District for the practice of law, to act as local counsel with whom the Court and opposing counsel may readily communicate and upon whom papers shall be served.  The Rule further requires that the motion be accompanied by a written statement from local counsel consenting to the designation, along with certification from the applicant that he or she has studied the Local Rules and is a member in good standing of the bar of any United States Court or the highest Court of any state or territory of the United States.

　　　An attorney who has been admitted *pro hac vice* will **not** be permitted to register as a CM/ECF User in this District, but may access the electronic record through the PACER System (*see* Section 7B of the Administrative Procedures on our website [www.flsd.uscourts.gov]).  **A motion to make limited appearance must be filed in the conventional manner along with the applicable filing fee.  With the exception of the original motion to make a limited appearance, attorneys so admitted will be required to electronically file all documents through their local counsel.**  Although attorneys admitted *pro hac vice* will not be permitted to **file** electronically, they will be able to electronically **receive** Notices of Electronic Filing.  Such

---

*"It is our honor and duty to provide the support necessary to enable the Court as an institution to fulfill its constitutional, statutory, and societal responsibilities for all who seek justice."*

Bar Letter
Page 2

requests should be included in motions to appear *pro hac vice* and in the accompanying proposed order.  E-mail addresses must be provided in both the motion and proposed order in order to receive electronic notices.

     Administrative Order 96-61 provides that an admissions fee of $75.00 is to be paid by every attorney seeking admission to our Local Bar as well as those attorneys petitioning the Court to appear and participate in a particular case under Rule 4(B).  The fee should be paid by check made payable to "U.S. Courts" and accompanied by your motion and certification.

     A form motion requesting leave to appear *pro hac vice* can be downloaded from our website at www.flsd.uscourts.gov, or by contacting this office.  If you have any questions, you may contact Attorney Admissions at (305) 523-5265.

     Sincerely,

     CLARENCE MADDOX
     Court Administrator • Clerk of Court

     by:    s/Catherine Wade
             Catherine Wade, Attorney Admissions

c:    United States District Judge Cohn
     File